IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ALLEN,<br><br>          Petitioner,<br><br>     v.<br><br>ERIC ARNOLD,<br><br>          Respondent. | No. C12-03769 CRB<br><br>**ORDER VACATING HEARING** |

Good cause appearing therefor, the Court VACATES the hearing that is currently set for December 12, 2014 on Respondent Eric Arnold's motion to dismiss.[1] The Court will decide the motion on the papers. See Civil Local Rule 7-1(b).

**IT IS SO ORDERED.**

Dated: November 17, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] Arnold noted in that motion that he "has no objection to this Court deciding the motion to dismiss without oral argument." See MTD (dkt. 17) at 1 n.1.