1

2                        UNITED STATES DISTRICT COURT

3                FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    _____        )  No. C 12-3769 CRB (PR)

6    PATRICK C. ALLEN,                               )
                                                     )  **ORDER**
7              Petitioner,                           )
                                                     )
8                                                    )
9              v.                                    )
                                                     )
10   CONNIE GIPSON, WARDEN,                          )
                                                     )
11                                                   )
12             Respondent.                           )
                                                     )
13   _____)

14

15        The request of petitioner, PATRICK C. ALLEN, for an extension of time

16   until February 2, 2015, in which to file his Reply to respondent's Motion to Dismiss

17   is hereby granted.

18

19

20   DATED:     January 13, 2015

21                                        HON.
                                                        Judge Charles R. Breyer
22

23

24

25

26

27

28

                                      -1-