UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK C. ALLEN,

      Petitioner,

      v.

CONNIE GIPSON, WARDEN,

      Respondent.

No. C 12-3769 CRB (PR)

**ORDER AUTHORIZING EXPERT SERVICES**

The Court hereby modifies its previous order authorizing expert services by Dr. Karen Franklin, Ph.D., in the amount of $2,400 for 12 hours at $200 per hour. The Court ORDERS that petitioner's supplemental request for authorization and funding of necessary expert services is GRANTED and that Dr. Franklin is authorized to spend up to 15 hours at $200 per hour - a total of $3,000.

DATED: Nov. 20th, 2015

HON. CHARLES R. BREYER

*Allen v. Gipson*; C-12-3769 CRB (PR)
Order Granting Supplemental Request for Authorization of Expert Services