**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   PATRICK C. ALLEN,                        No. C 12-3769 CRB

12          Plaintiff,                        **ORDER GRANTING REQUEST FOR**
                                              **REPLACEMENT OF APPOINTED**
13   v.                                       **COUNSEL AND REQUEST FOR**
                                              **EXTENSION OF TIME**
14   CONNIE GIPSON, WARDEN,

15          Respondent.
                                         /

16

17          Petitioner Patrick C. Allen requests an order replacing appointed counsel grounded

18   upon counsel's conflict of interest. See Request for Order Replacing Appointed Counsel

19   (dkt. 49) at 1. This matter is REFERRED to the Federal Public Defender to find Petitioner

20   new legal representation in view of counsel's conflict of interest. The clerk shall provide a

21   copy of this order to the Federal Public Defender's Office in San Francisco. The Court will

22   appoint an attorney as new counsel for Petitioner upon notification by the Federal Public

23   Defender's Office that an attorney has been located to represent Petitioner.

24   //

25   //

26   //

27

28

1    In view of the replacement of counsel, the Court also GRANTS Petitioner's request

2 for extension of time (dkt. 50).  Petitioner shall have 60 days from the date of this Order to

3 file his Traverse.

4    **IT IS SO ORDERED.**

5

Dated: April 19, 2016

6                                                    CHARLES  R. BREYER
                                                     UNITED STATES DISTRICT
7                                                    JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California