Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street, Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Petitioner
PATRICK C. ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK C. ALLEN, ) | 12-CV-03769-CRB |
| ) | |
| Petitioner, ) | ORDER GRANTING |
| ) | EXTENSION OF TIME TO FILE |
| ) | TRAVERSE AND |
| v. ) | SUPPORTING MEMORANDUM |
| ) | |
| CONNIE GIPSON, WARDEN, ) | |
| ) | |
| Respondent. ) | |

## ORDER

GOOD CAUSE APPEARING, the presently scheduled date for filing the traverse and supporting memorandum is extended 90-days to September 19, 2016.

IT IS SO ORDERED.

Dated: June 23, 2016

CHARLES R. BREYER
District Court Judge
Northern District of California

ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE AND SUPPORTING MEMORANDUM